Samuel Baker, defendant in error, v. Chicago Title & Trust Company et al., defendants. Louis Cohen, plaintiff in error. Gen. No. 33,538.

608

Opinion filed March 11, 1930.
Harry C. Diamond and Latkin & Cohn, for certain plaintiff in error; Harry C. Diamond and Alfred Diamond, of counsel. Fischer, Kahn, Heart & Epstein and Austin L. Wyman, for defendant in error; Austin L. Wyman and Bernard M. Epstein, of counsel.
Mr. Justice Gridley delivered the opinion of the court.